11-4866-cv
Quattrone v. Erie 2 Chautauqua Cattaraugus Board of Cooperative Educational Services, et al.

# UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

## <u>SUMMARY ORDER</u>

RULINGS BY SUMMARY ORDER DO NOT HAVE PRECEDENTIAL EFFECT. CITATION TO A SUMMARY ORDER FILED ON OR AFTER JANUARY 1, 2007, IS PERMITTED AND IS GOVERNED BY FEDERAL RULE OF APPELLATE PROCEDURE 32.1 AND THIS COURT'S LOCAL RULE 32.1.1. WHEN CITING A SUMMARY ORDER IN A DOCUMENT FILED WITH THIS COURT, A PARTY MUST CITE EITHER THE FEDERAL APPENDIX OR AN ELECTRONIC DATABASE (WITH THE NOTATION "SUMMARY ORDER"). A PARTY CITING A SUMMARY ORDER MUST SERVE A COPY OF IT ON ANY PARTY NOT REPRESENTED BY COUNSEL.

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 15ᵗʰ day of November, two thousand twelve.

PRESENT: DENNIS JACOBS,
                          <u>Chief Judge</u>,
              JON O. NEWMAN,
              REENA RAGGI,
                          <u>Circuit Judges</u>.

- - - - - - - - - - - - - - - - - - - -X

ELIZABETH G. QUATTRONE,
          <u>Plaintiff-Appellant</u>,

          -v.-                                               11-4866-cv

ERIE 2 CHAUTAUQUA CATTARAUGUS BOARD OF
COOPERATIVE EDUCATIONAL SERVICES,
together with Board members LINDA
HOFFMAN, RONALD CATALANO, JEROME
BROWN, THOMAS DEJOE, ANNE EHRLICH, R.
MICHAEL KRAUSE, JOANNE MARTIN, ANITA
RAY, NANCY RENCKENS, SUSAN RUSSO,
LORIE SABO, and DAVID VAN WORMER, in
their individual and official
capacities,
          <u>Defendants-Appellees</u>,

1

**CHAUTAUQUA LAKE CENTRAL SCHOOL DISTRICT, together with Board of Education members RANDY HENDERSON, PAM PERDUE, JAY BAKER, DEBORAH CROSS-FULLER, DAVID FOSTER, TIMOTHY HULL, AND KIM WEBORG-BENSON, in their individual and official capacities,**

<u>**Defendants-Appellees**</u>,

**DUNKIRK CITY SCHOOL DISTRICT, together with Board of Education members KENNETH KOZLOWSKI, NANCY RENCKENS, BRIDGET MAJKA, LINDA GUY, TOMMY ROQUE, AND GREGORY SEK, in their individual and official capacities,**

<u>**Defendants-Appellees**</u>.

- - - - - - - - - - - - - - - - - - - -X

**FOR APPELLANT:** Jason L. Schmidt, Fredonia, New York.

**FOR APPELLEES:** Joseph S. Brown (Adam W. Perry, *on the brief*), Hodgson Russ LLP, Buffalo, New York.

Appeal from a judgment of the United States District Court for the Western District of New York (Curtin, <u>J.</u>).

**UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the judgment of the district court be **AFFIRMED**.

Elizabeth Quattrone appeals from the judgment of the United States District Court for the Western District of New York (Curtin, <u>J.</u>), granting summary judgment in favor of defendants-appellees. We assume the parties' familiarity with the underlying facts, the procedural history, and the

issues presented for review.  For the reasons stated in the district court's February 20, 2012, decision, we AFFIRM the district court's grant of summary judgment in favor of all defendants.

FOR THE COURT:
CATHERINE O'HAGAN WOLFE, CLERK